AO 106 (Rev. 04/10) Application for a Search Warrant   Case 4:16-mj-00547-BJ   Document 1   Filed 08/18/16   Page 1 of 4   PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 18 2016

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail 9505513604176228020590, mailed to Craig ) Case No. 4:16-MJ-547
Grotte, 285 Murdoch Lane, Allen, TX 75002 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail 9505513604176228020590, mailed to Craig Grotte, 285 Murdoch Lane, Allen, TX 75002

located in the ____Northern____ District of ____Texas, Fort Worth Division____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attached Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 843(b) | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

G.C. Carter, United States Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/18/2016__

_____
Judge's signature

City and state: Fort Worth, Texas                    United States Magistrate Judge Hal R. Ray, Jr.
Printed name and title

AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

1. Your Affiant, G.C. Carter, is currently employed as a U.S. Postal Inspector with the United States Postal Inspection Service and has been so employed for the past 13 years. I am currently assigned to the Homeland Security / Narcotics Team for the Fort Worth Division of the U.S. Postal Inspection Service. Part of my responsibilities as a member of the Homeland Security / Narcotics Team is the investigation of controlled substances transported through the U.S. Postal Service in violation of 21 U.S.C. §§ 841(a)(1), distribution of a controlled substance, and 843(b), use of the mails to facilitate or commit a drug trafficking crime, of The Drug Abuse Prevention and Control Act. I have participated in the interdiction of illegal drugs shipped via the U.S. Mail, and have received training relative to criminal investigations and narcotics trafficking from the U. S. Postal Inspection Service.

2. This Affidavit is based upon my personal investigation and upon information received from other law enforcement officers and agents who are identified herein. The information contained in this Affidavit may not be inclusive of all evidence or information available during the investigation. This Affidavit is made in support of an application for the issuance of a search warrant for the following Priority Mail parcel (information as displayed on label):

PRIORITY MAIL #: 9505 5136 0417 6228 0205 90

ADDRESSEE: Craig Grotte
285 Murdoch Lane
Allen, TX 75002

SENDER: Castro
425 Liberty Ship Way #105
Albany, CA 94706

DATE MAILED: 08/15/16

CLASS OF MAIL: Priority Mail

PLACE MAILED: Albany, CA 94706

POSTAGE AFFIXED: $13.45

APPROXIMATE WT: 2 lb. 12.2 oz.

APPROXIMATE SIZE: 11" x 9" x 6"

**Affidavit in Support of Application for Search Warrant - Page 1 of 3**

3. I am aware through training and experience, as well as information from other postal inspectors with extensive experience in drug trafficking investigations, that the U. S. Mail is a common and preferred method of drug traffickers to ship their product. The U. S. Express Mail and Priority Mail are frequently used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the U. S. Mail is favored because of the speed, reliability, and low cost of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

4. I am also aware that drug traffickers often use fictitious return addresses and names on return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing illegal drugs often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Drug traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents, to interfere with any drug detection canine's ability to detect the narcotics. It is also common for drug traffickers to mail parcels from a different post office than the one located in the Zip Code area used on the return address, also to avoid detection of fictitious information.

5. On August 17, 2016, Postal Inspectors were conducting a review of mail in-transit at the Dallas NDC, located at 2400 Dallas Fort Worth Turnpike, Dallas, TX 75398. Postal Inspectors were looking for parcels indicating the movement of illegal controlled substances through the United States Mail when they observed the above-described Priority Mail parcel. For the reasons outlined above, the following reasons, and based upon my experience as a law enforcement officer, I suspect the parcel could contain illegal drugs and/or the proceeds or money from the sales and purchases of illegal drugs.

6. The parcel has a handwritten label and was mailed from a Zip Code in California. The packaging of the parcel consists of a white USPS Priority Mail box with no signature requirement. Postal Inspectors conducted computer database address verifications on the parcel, and found that the return address 425 Liberty Ship Way #105, Albany, CA 94706, does exists, however, the name Castro does not associate to the address.

7. Postal Inspectors also checked the database for records of the delivery address on the parcel. The database indicated the delivery address, 285 Murdoch Lane, Allen, TX 75002, does exist; however, the name Craig Grotte does not associate to the address.

**Affidavit in Support of Application for Search Warrant - Page 2 of 3**

8. On August 18, 2016, at the North Richland Hills Police Department, 4301 City Point Drive, North Richland Hills, TX 76180, Postal Inspectors presented the suspect parcel, along with known neutral parcels, to narcotics detection dog "Breta" who is assigned to Officer Bulger of the North Richland Hills Police Department. "Breta" is a 5-year old Belgian Malinois, last certified in September 2015 as a narcotics detection canine by the National Narcotic Detector Dog Association. Postal Inspectors witnessed "Breta" display behavior that Officer Bulger stated was a positive, passive narcotic alert behavior towards the parcel, indicating it sensed the presence of controlled substances inside of the parcel.

9. Based upon the foregoing facts and circumstances, I believe that controlled substances and/or money and proceeds from the illegal sales and purchases of controlled substances are contained in the above-described parcel, in violation of 21 U.S.C. §§ 841(a) and 843(b). Therefore, I request to search the parcel for any such controlled substances, proceeds, packaging material associated with controlled substances, or correspondence associated with the use or distribution of controlled substances, and if any such contraband be found therein, to seize the same.

I declare under penalty of perjury that the foregoing is true and correct.

G.C. Carter
U.S. Postal Inspector
United States Postal Inspection Service

Sworn and Subscribed before me on this 18TH day of August, 2016.

Hal R. Ray, Jr.
United States Magistrate Judge